People ex rel. Larson v Spano (2026 NY Slip Op 01911)

People ex rel. Larson v Spano

2026 NY Slip Op 01911

Decided on March 30, 2026

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on March 30, 2026
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

ANGELA G. IANNACCI, J.P.
VALERIE BRATHWAITE NELSON
CARL J. LANDICINO
ELENA GOLDBERG VELAZQUEZ, JJ.

2026-03017

[*1]The People of the State of New York, ex rel. Sarina Larson, on behalf of Delano Kirton, petitioner,
vJoseph K. Spano, etc., respondent.

Clare J. Degnan, White Plains, NY (Sarina Larson pro se of counsel), for petitioner.
Susan Cacace, District Attorney, White Plains, NY (Brian R. Pouliot and Raffaelina Gianfrancesco of counsel), for respondent.

DECISION & JUDGMENT
Writ of habeas corpus in the nature of an application to release Delano Kirton upon nonmonetary conditions, or, in the alternative, to set reasonable bail upon Westchester County Indictment No. 70440/2026.
ADJUDGED that the writ is sustained, without costs or disbursements, to the extent that the matter is remitted to the Supreme Court, Westchester County, for further proceedings to satisfy the requirements of CPL 510.10(1), to be concluded with all deliberate speed (see People ex rel. Kon v Maginley-Liddie, 243 AD3d 848, 848; see also People ex rel. Rankin v Brann, 41 NY3d 436, 442-443), and the writ is otherwise dismissed.
IANNACCI, J.P., BRATHWAITE NELSON, LANDICINO and GOLDBERG VELAZQUEZ, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court